Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of WILLIAM PFLUG, Appellant, for an Order Dissolving His Marriage, Pursuant to Section 7-a, Domestic Relations Law, █ with JULIA PFLUG, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

FRIEDA R. LAGES, as Administratrix, etc., of WILLIAM LAGES, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

REX NOVELTY WORKS, INC., Respondent, v. SOUTHERN SURETY COMPANY OF NEW YORK, Appellant.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; McAvoy and Townley, JJ., dissent and vote for reversal.

HERBERT A. BURGTORF, Appellant, v. THE SODAMAT CORPORATION, Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended reply within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MEYERS and Others, Defendants, Impleaded with RALPH WILLIS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MEYERS and Others, Defendants, Impleaded with SIDNEY BLUM, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MEYERS and Others, Defendants, Impleaded with SIDNEY BLUM, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EZRA HUDSON, Respondent, v. UNITED FRUIT COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EDWARD S. MITCHELL, INC., Respondent, Appellant, v. DANNEMANN HOSIERY MILLS, Appellant, Respondent.— Judgment modified by striking out that part thereof which dismisses the counterclaim, and by permitting reformation of the agreement by reciting that four months' notice shall be sufficient to close all selling relations between the parties, and that plaintiff is only entitled to commissions on sales to its customers up to June 19, 1929; and as so modified affirmed, with costs to the defendant, appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MOSES NEWMAN, Appellant, v. HENRY F. SAMSTAG and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN H. COURSEN, Respondent, v. BETTY D. SCHULTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

†Affd., 257 N. Y. 595.